IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

E & Y ASSETS, LLC
       Plaintiff,

vs.

CASE NO: 502015CA012638XXXXMB

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, IMC., a Florida corporation,
       Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant, Kitchen Cabinets and Bath for Less, Inc. / Sila Estevez, show that she has filed a petition for relief under Chapter 7 of Title 11, US Code, in the United States Bankruptcy Court for the Southern District of Florida, which has been assigned case number **16.11649.AJC**.

Relief was ordered on February 4, 2016 and suggests that this action has been stayed by the operation of Title 11 U.S.C. Section 362.

This notice shall not constitute a notice of appearance on behalf of Defendant(s) in the instant case. Undersigned counsel solely represents Defendant(s) in the above referenced Bankruptcy case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of February, 2016 a true and correct copy of the foregoing has been furnished via U.S. mail to: Richard P Zaretsky, P.A., 1615 Forum Place, Suite 3A, West Palm Beach, FL 33401.

       Robert Sanchez, Esq.
       355 West 49 Street
       Hialeah, FL 33012
       Tel. (305)-687-8008

       By: _/s/ Robert Sanchez_
       Robert Sanchez, Esquire

Exhibit 2