IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

Case Number: 502015CA012638XXXXMB
Division:        AD

E&Y ASSETS LLC
            Plaintiff(s),
     vs.

SILA ESTEVEZ                Defendant(s).

# DEFAULT

A default is entered in the above styled cause against:

KITCHEN CABINETS AND BATH FOR LESS INC

for failure to serve or file any pleading or document as required by law.

Dated on: 30 day of DECEMBER, 2015.



Sharon R. Bock
Clerk & Comptroller

By: _____
        As Deputy Clerk

Thomas Hardy

☐   Copies not furnished – envelopes not provided.

☒   Copies furnished to:
      SHETZEL@ZARETSKYLAW.COM

*Exhibit 3*

*** FILED: PALM BEACH COUNTY, FL  SHARON R BOCK, CLERK. 12/30/2015 04:59:39 PM ***