IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA - CIRCUIT DIVISION __AD__

CASE NO.: 502015CA012638XXXXMB

__E+Y Assets LLC__
Plaintiff(s)

VS.

__Sila Estevez, Hiram Mazaira,__
Defendant(s)
__& Kitchen Cabinets and Bath for Less Inc__

ORDER (GRANTING) ~~DENYING~~

THIS CAUSE came before the Court on __Plaintiff's Motion for Judicial Default__

and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that said motion be, and the same is hereby (GRANTED) ~~DENIED~~.

A Judicial Default is entered against Sila Estevez.
A Judicial Default is entered against Hiram Mazaira.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this __16__ day of __February__, 20__16__.

_[signed]_
Circuit Judge

Names and addresses of copies furnished to:

A. Max Zanetsky, 1615 Forum Pl #3A, West Palm Beach, FL 33401
Sila Estevez, 16501 NW 84th Ct, Miami Lakes, FL 33014
Hiram Mazaira, 16501 NW 84th Ct, Miami Lakes, FL 33014
Kitchen Cabinets and Bath for Less, Inc., Registered Agent, Sila Estevez
    1405 West 3rd Ave, Hialeah, FL 33010

EXHIBIT 4

Form 50