IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO: <u>502015CA012638XXXXMB</u>

E & Y ASSETS LLC, a Florida
Limited Liability Company,

    Plaintiff,

vs.

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, INC., a Florida corporation,

    Defendants.
_____/

## PARTIAL FINAL JUDGMENT AFTER DEFAULT

**THIS CAUSE** came before the court on May _18_, 2016, on Plaintiff, E & Y ASSETS LLC's Motion for Partial Final Judgment After Default against Defendant HIRAN MAZAIRA, and the court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff shall have and recover from HIRAN MAZAIRA, individually, the sum of $92,559.00, also for which let execution issue.

1) The last known address of the Defendant HIRAN MAZAIRA is 1405 West 3rd Avenue, Hialeah, FL 33010.

2) Post Judgment interest shall accrue at the statutory rate from the date of entry of this Judgment until satisfied.

*[handwritten annotation]: Based upon allegations of a violation of Florida Statute § 768.0425(2) that permits treble damages*

Page 1 of 2

EXHIBIT 5

It is further **ORDERED AND ADJUDGED** pursuant to Fla. R. Civ. P. 1.560 that Defendant HIRAN MAZAIRA shall complete Form 1.977(a) and return it to the Plaintiff's attorney within 45 days from the date of this Final Judgment, unless Final Judgment is satisfied or a motion for new trial or notice of appeal is filed. Jurisdiction in this case is retained to enter further orders that are proper to compel the Defendants to complete Forms 1.977(a), respectively, and return them to Plaintiff's attorney.

3) Pursuant to F.S. § 768.0425(2), and F.S. § 812.014(1) as to HIRAN MAZAIRA, Plaintiff is further entitled to an award of attorney fees and taxable costs.

**DONE & ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 18 day of May, 2016.

_____
Circuit Judge

Copies furnished to:
A. Max Zaretsky, Esq., 1615 Forum Place, Suite 3-A, West Palm Beach FL 33401
Sila Estevez, 1405 West 3rd Avenue, Hialeah, FL 33010
Hiran Mazaira, 16501 NW 84th Court, Miami Lakes, FL 33014
Hiran Mazaira, 1405 West 3rd Avenue, Hialeah, FL 33010
Kitchen Cabinets and Bath For Less, Inc., Registered Agent, Sila Estevez, 1405 West 3rd Avenue, Hialeah, FL 33010