## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### Southern District of Florida

Case Number: 16-16003-AJC        Adversary Number: 16-01567-AJC

IN RE::
**NAME OF DEBTOR(S): SILA M. ESTEVEZ**
_____/
**E&Y Assets**

**Plaintiff's**

vs.

Defendant:
**SILA ESTEVEZ**

_____/

For:
Steven S. Newburgh
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, City Place Tow
West Palm Beach, FL 33401

Received by J.P. Marshall Investigations on the 11th day of October, 2016 at 2:00 pm to be served on **SILA ESTEVEZ, 1405 W. 3RD AVENUE, HIALEAH, FL 33010**.

I, Ivan Lopez, do hereby affirm that on the **11th day of October, 2016** at **8:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint Objecting to Dischargeability Pursuat to 11 U.S.C. S. 523 with Exhibits 1-5 and Order Setting Filing and Disclosure Requirements for Pre-Trial and Trial** with the date and hour of service endorsed thereon by me, to: **SILA ESTEVEZ** at the address of: **1405 W. 3RD AVENUE, HIALEAH, FL 33010**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
CPS#2309

**J.P. Marshall Investigations**
**P.O. Box 14453**
**North Palm Beach, FL 33408**

Our Job Serial Number: LTN-2016001769

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

16·11·16 8:30p
I.L. # 2309
I/s

Form CGFI14 (10/10/14)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 16-16003-AJC

Adversary Number: 16-01567-AJC

In re:

**Name of Debtor(s):** Sila M Estevez

---------------------------------------------------- /

**E&Y Assets**

Plaintiff(s)

VS.

**Sila Estevez**

Defendant(s)

---------------------------------------------------/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**US Bankruptcy Court**
**301 North Miami Avenue, Room 150**
**Miami, FL 33128**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Steven S Newburgh
McLaughlin & Stern, LLP
525 Okeechobee Boulevard
CityPlace Office Tower – Suite 1530
West Palm Beach, FL 33401

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003-1(B)(2) corporate defendants must file a corporate ownership statement.

Page 1 of 3

1.0 pgs