UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: Sila Estevez | Main Case No.: 16-16003-AJC |
| Debtor | Chapter 7 |
| _____/ | |
| E & Y Assets, Creditor | Adv. Case. No.: 16-01567-AJC |
| Plaintiff, | |
| v. | |
| Sila Estevez, | |
| Defendant. | |
| _____/ | |

**NOTICE OF LIMITED APPEARANCE IN THE ADVERSARY PROCEEDING FOR THE SOLE PURPOSE OF FILING THE MOTION TO ABATE AND ENLARGE**

**COMES NOW,** Robert Sanchez, Esq., attorney of record for the Debtor in the Main Case, and pursuant to Local Rule 9010-1(A) files this Notice of Limited Appearance in the Adversary Proceeding for the Sole Purpose of Filing the Agreed Ex-Parte Motion for Abatement of Adversary Proceeding and All Pending Deadlines Including Enlargement of Time to File Answer (herein "Motion to Abate and Enlarge") and herein states as follows:

1. The undersigned is making a limited appearance for the sole and only purpose of filing the Motion to Abate and Enlarge and filing a Certificate of Service upon entry of the corresponding Order.

2. This appearance shall not constitute a general appearance in the adversary proceeding.

3. All further correspondence and pleadings should continue to be served on the Defendant in the adversary proceeding or the attorney of record, if one is retained.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Limited Notice of Appearance was electronically mailed this 31st day of October, 2016 to all parties scheduled to receive notice.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161