UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: Sila Estevez | Main Case No.: 16-16003-AJC |
| Debtor | Chapter 7 |
| _____/ | |
| E & Y Assets, Creditor | Adv. Case. No.: 16-01567-AJC |
| Plaintiff, | |
| v. | |
| Sila Estevez, | |
| Defendant. | |
| _____/ | |

**AGREED EX-PARTE MOTION FOR ABATEMENT OF ADVERSARY PROCEEDING AND ALL PENDING DEADLINES INCLUDING ENLARGEMENT OF TIME TO FILE ANSWER**

**COMES NOW,** the Debtor / Defendant, Sila Estevez, by and through her undersigned counsel and pursuant to Local Rule 9013-1(C)(1), files this Agreed Ex-Parte Motion for Abatement of Adversary Proceeding and All Pending Deadlines Including an Enlargement of Time to Answer the Complaint (the "Motion to Abate and Enlarge"), and the parties having agreed to the continuance states as follows:

1. On October 10, 2016, E & Y Assets (herein "Creditor / Plaintiff") filed the Complaint [ECF#1] which commenced this adversary proceeding.

2. On October 18, 2016, the Motion to Vacate [ECF#40] was heard in the Main Case.

3. The Honorable Judge Cristol ordered for the Debtor and Creditor to submit proposed orders regarding the Motion to Vacate.

4. At the hearing on the Motion to Vacate, the parties agreed on the record to abate the adversary proceeding pending the Order on the Motion to Vacate.

5. The Pretrial Conference is currently scheduled for January 23, 2017 at 10:00 AM, and other pretrial deadlines are set to expire shortly.

6. The Defendant's Answer is currently due on November 10, 2016.

7. Based on the foregoing, the parties seek to abate this action and all related deadlines, pending the Court's Order on the Motion to Vacate. In the event that the Motion to Vacate is not granted, the Plaintiff will contact the courtroom deputy to reschedule the Pretrial Conference and the Defendant shall have thirty (30) days after entry of the Order on the Motion to Vacate to file her Answer.

8. Undersigned has conferred with Plaintiff's counsel who agrees to the relief requested herein.

9. A proposed Order accompanies this Motion to Abate and Enlarge.

10. The undersigned certifies that this Motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion to Abate and Enlarge.

**WHEREFORE**, Debtor / Defendant, Sila Estevez, respectfully requests this Honorable Court to enter an Order: (1) granting the Motion to Abate and Enlarge; (2) abating all deadlines; (3) allowing the Defendant thirty (30) days after entry of the Order

on the Motion to Vacate to file her Answer; and (4) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF ADMISSION AND LIMITED APPEARANCE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A). It is hereby specified pursuant to Local Rule 9010-1(A), that the filing of this Motion shall not constitute an appearance by the undersigned in the Adversary Proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via CM/ECF on October 31, 2016 to the following:

Electronically: Jacqueline Calderin, Trustee, Office of the US Trustee, and to all CM/ECF Users

First Class Mail:
Debtor(s), Sila M. Estevez
1405 W 3rd Avenue
Hialeah, FL 33010-3411

DUNN LAW, P.A.
Counsel for, Barry Mukamal
c/o Alexis Read, Esq. [ECF User]
555 NE 15th Street, Suite 934-A
Miami, Florida 33132

Steven S. Newburgh, Esq. [ECF User]
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Robert P. Charbonneau, Esq. [ECF User]
Counsel for Jacqueline Calderin
501 Brickell Key Dr #300
Miami, FL 33131

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor

355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161