

**ORDERED in the Southern District of Florida on November 1, 2016.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 16-16003-AJC |
| SILA ESTEVEZ, | Chapter 7 |
|    Debtor.   _____/ | |
| E & Y ASSETS, | ADV. PROC. NO. 16-1567-AJC-A |
|    Plaintiff, | |
| vs. | |
| SILA ESTEVEZ, | |
|    Defendant.   _____/ | |

**ORDER GRANTING AGREED EX PARTE MOTION FOR ABATEMENT
OF ADVERSARY PROCEEDING AND ALL PENDING DEADLINES
<u>INCLUDING ENLARGEMENT OF TIME TO FILE ANSWER</u>**

THIS CAUSE came before the Court upon Debtor's Agreed Ex Parte Motion for Abatement of

Adversary Proceeding and All Pending Deadlines Including Enlargement of Time to File Answer (the

"Motion to Abate and Enlarge"). The Court having reviewed the record and being advised that the

parties have agreed to the relief sought, it is

**ORDERED**:

1. The Motion to Abate and Enlarge is **GRANTED**.

2. The Pretrial Conference scheduled for January 23, 2017 at 10:00 a.m. is CANCELLED and all pending deadlines with respect to this adversary proceeding are ABATED.

3. The Defendant shall have thirty (30) days after entry of the order on the Motion to Vacate [D.E. 40 in the main case[1] to file her Answer to the Plaintiff's Complaint.

# # #

Copy to:

Robert Sanchez, Esq.

Attorney Sanchez is directed to serve a copy of this Order to all interested parties.

---

[1] See Main Case at D.E. 40 *Motion to Vacate Order [ECF #36] Granting Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of Debtor and Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Deadline Extended to 10/1/2016 and Amended Order [ECF #38] Granting Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of Debtor and Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Deadline Extended to 10/10/2016* .