**ORDERED in the Southern District of Florida on April 26, 2017.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:** **Case No. 16-16003-AJC**

**SILA ESTEVEZ[1],**

**Debtor.**
________________________________/

**E & Y ASSETS, LLC, a Florida Limited Liability Company,** **Adv. Proc. No. 16-01567-AJC**

**Plaintiff,**

**vs.**

**SILA ESTEVEZ**

**Defendant.**
________________________________/

**ORDER CONTINUING STATUS CONFERENCE**

THIS MATTER came before the Court, April 24, 2017 at 10:00 a.m. in the above-captioned

---

[1] The Debtor/Defendant is also known by the following alias names Sila Maria Estebez Montalban, Sila Estebez Montalban, Sila Estevez, Sila M. Estevez Montalban, Sila Maria Estevez, Sila Maria Estebez, Sila Estebez, Sila M. Estebez Montalban, Sila Maria Estevez Montalban, Sila Estevez Montalban, Sila M. Estbez.

proceeding. The Court, having heard argument of counsel and being advised of the status of this case, it is

**ORDERED:**

The Status Conference in this matter is **CONTINUED** to **May 22, 2017 at 10:00 a.m.** before the Honorable A. Jay Cristol, United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, FL 33128.

# # #

Submitted by:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401

---

*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*